Rose Sarkin, Respondent, v. Thomas E. Murray, Jr.,
as Receiver of Interborough Rapid Transit Company, Appellant.

Submitted October 26, 1938; decided November 29, 1938.

*Charles F. Kingsley* and *James L. Quackenbush* for appellant.

*Abraham Passman* and *Edward Nyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.